```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| MICHELE RENN CORCHADO and JONATHAN MUSSO, | HONORABLE JEROME B. SIMANDLE |
| Plaintiffs, | Civil Action No. 15-6600 (JBS/JS) |
| v. | |
| FOULKE MANAGEMENT CORP., et al, | **ORDER** |
| Defendants. | |

This matter having come before the Court on Defendants' Foulke Management Corp. and Wells Fargo Dealer Services appeal [Docket Item 34] of Magistrate Judge Joel Schneider's May 6, 2016 Opinion and Order [Docket Item 25], which this Court deems to be a Report and Recommendation under 28 U.S.C. § 636(b)(1)(C); and the Court having considered the parties' submissions; and for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this __**14th**__ day of __**February**__, **2017,** hereby

ORDERED that Defendants' appeal [Docket Item 34] is DENIED; and it is further

ORDERED that the Report and Recommendation of Magistrate Judge Joel Schneider dated May 6, 2016 is ADOPTED; and it is further

ORDERED that limited discovery directed to whether the parties mutually assented to their arbitration agreements shall proceed according to a schedule to be set by Judge Schneider.

                                          **s/ Jerome B. Simandle**
                                          JEROME B. SIMANDLE
                                          Chief U.S. District Judge